1                                                                                          JS-6

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11    BRUCE DOUGHERTY,                          No.    CV 08–1149 PA (CTx)

12                    Plaintiff,                JUDGMENT

13        v.

14
      GLORIA CORTEZ, and NORMAN
15    KIRSCHENBAUM,

16                    Defendants.

17

18
            In accordance with the Court's July 8, 2009 Order granting the motion for summary
19
      judgment filed by defendants Gloria Cortez and Norman Kirschenbaum ("Defendants"),
20
      there are no remaining claims pending in this action.
21
            It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is
22
      entered in this action as follows:
23
            1.     Plaintiff shall recover nothing from Defendants;
24
            2.     Defendants shall have judgment in their favor; and
25
            3.     Defendants shall recover their costs of suit.
26
      The Clerk is ordered to enter this Judgment.
27
      DATED:  July 8, 2009                      _____
28
                                                        Percy Anderson
                                                 UNITED STATES DISTRICT JUDGE