Name Gary S. Casselman, Esq. (SBN 81658)
Law Offices of Gary S. Casselman
Address 3415 S. Sepulveda Blvd., Suite 100

City, State, Zip Los Angeles, CA 90034
Phone (310)314-4444
Fax (310)314-4447
E-Mail garyscasselman@gmail.com

| | FPD | | Appointed | | CJA | | Pro Per | X | Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Bruce Dougherty

PLAINTIFF(S),

v.

GLORIA CORTEZ, NORMAN KIRSCHENBAUM

DEFENDANT(S).

CASE NUMBER:

CV-01149-PA-CT

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that BRUCE DOUGHERTY _____ hereby appeals to the
*Name of Appellant*
United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

| | Conviction only [F.R.Cr.P. 32(j)(1)(A)]

| | Conviction and Sentence

| | Sentence Only (18 U.S.C. 3742)

| | Pursuant to F.R.Cr.P. 32(j)(2)

| | Interlocutory Appeals

| | Sentence imposed:

| | Bail status:

**Civil Matter**

| X | Order (specify): Granting Summary Judgment to defendants on July 8, 2009, entered July 8, 2009

| x | Judgment (specify): Dismissing action in favor of Defendants Gloria Cortez, Norman Kirschenbaum, entered July 8, 2009

| x | Other (specify): Dismissal of claims for defamation, hostile work environment, constructive discharge, entered October 8,2008

Imposed or Filed on July 8, 2009 . Entered on the docket in this action on July 9, 2009 .

A copy of said judgment or order is attached hereto.

August 7, 2009
Date

Signature

| | Appellant/ProSe | x | Counsel for Appellant | | Deputy Clerk

Gary S. Casselman

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses
of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished
a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements
of FRAP 3(d).

A-2 (01/07)                              NOTICE OF APPEAL

CCD-A2